IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER
ADC #114018                                                                                   PLAINTIFF

v.                                            No. 3:21-cv-29-DPM

GARY NUPP, Managing Supervisor,
Rescue Mission                                                                                DEFENDANT

## ORDER

**1.** Application to proceed *in forma pauperis*, Doc. 1, denied. Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, No. 3:19-cv-59-DPM; *Webster v. Pigg*, No. 3:19-cv-60-DPM; *Webster v. Days Inn Motels, Inc.*, No. 3:19-cv-78-DPM. And nothing in Webster's new complaint, Doc. 2, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

**2.** If Webster wants to pursue this case, then he must pay the $402 filing and administrative fees and file a motion to reopen the case by 4 March 2021. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021