IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                 PLAINTIFF
ADC #114018

v.                          No. 3:21-cv-29-DPM

GARY NUPP, Managing Supervisor,
Rescue Mission                                                    DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021